UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2020

Stanley Taylor,

            Plaintiff,

-against-

City of New York (Department of Sanitation),

            Defendants.

1:17-cv-01424 (LTS) (SDA)

ORDER ADJOURNING STATUS CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The telephone conference currently scheduled to take place on Thursday, February 5, 2020 is hereby adjourned until Tuesday, April 7, 2020 at 2:00 p.m. before the undersigned. During the conference, the parties should be prepared to discuss any anticipated dispositive motions. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

Chambers will send this Order to *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
               February 3, 2020

_____
STEWART D. AARON
United States Magistrate Judge