UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stanley Taylor,

          Plaintiff,

-against-

City of New York (Dep't of Sanitation), et al.,

          Defendants.

1:17-cv-01424 (MKV) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court previously scheduled a status conference by telephone on April 7, 2020 at 2:00 p.m. (*See* ECF No. 54.) The telephone conference shall go forward as previously scheduled, but the Parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745.

This Order supersedes the calling instructions previously provided.

No later than March 20, 2020, Defendants shall serve this Order upon *pro se* Plaintiff by email.

**SO ORDERED.**

DATED:    New York, New York
             March 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge