UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stanley Taylor,

       Plaintiff,

-against-

City of New York (Dep't of Sanitation), et al.,

       Defendants.

1:17-cv-01424 (MKV) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2020

**STEWART D. AARON, United States Magistrate Judge:**

On February 5, 2020, this case was reassigned to Judge Mary Kay Vyskocil. Accordingly, the telephonic status conference scheduled for April 7, 2020 at 2:00 p.m. to discuss anticipated dispositive motions (*see* ECF No. 54) is cancelled.

No later than April 15, 2020, the parties shall file a joint post-discovery status letter addressed to Judge Vyskocil and shall await Judge Vyskocil's instructions for scheduling a post-discovery conference or post-discovery dispositive motions.

Defendants shall serve this Order upon *pro se* Plaintiff by email.

**SO ORDERED.**

DATED:  New York, New York
     March 27, 2020

              STEWART D. AARON
              United States Magistrate Judge