

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/26/2020____

**JAMES E. JOHNSON**
*Corporation Counsel*

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Laura C. Williams**
*Assistant Corporation Counsel*
phone: (212) 356-2435
fax: (212) 356-2439
email: lawillia@law.nyc.gov

May 22, 2020

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

                    Re:    Stanley Taylor v. City of New York, et al.
                              17-CV-01424 (LTS)(SDA)

Dear Judge Vyskocil:

         I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, and attorney for defendants City of New York (Department of Sanitation) ("City" or "DSNY") and Nancy A. Reilly ("Reilly") (collectively, "Defendants") in the above-captioned proceeding. I write, on behalf of Plaintiff, to request an extension of time, from May 22, 2020 to June 2, 2020, to submit the parties' joint post-discovery status letter as directed in the Orders of Magistrate Judge Stewart D. Aaron, dated March 27, 2020 (ECF Doc. No. 56) and March 31, 2020 (ECF Doc. No. 58), respectively. The undersigned consents to this request.

         The parties conferred at length about the content of their joint post-discovery status letter by telephone on May 21, 2020. At that time, Plaintiff expressed that he will not be able to consent to the proposed joint letter by the current deadline, as he requires additional time to review the letter and to consult with the New York Legal Assistance Group ("NYLAG").

I appreciate the Court's attention and consideration of this request.

Respectfully submitted,

/s/

Laura C. Williams
Assistant Corporation Counsel

cc:   Stanley Taylor (Via ECF and E-mail)
      Plaintiff *Pro Se*
      81 North Portland Avenue #12H
      Brooklyn, NY 11205
      sstantaylor99@gmail.com

This request is GRANTED.  The parties shall file their joint letter by June 2, 2020.  Defendants shall serve this Order on pro se Plaintiff via email.

Date:  May 26, 2020
New York, New York

Mary Kay Vyskocil
United States District Judge