UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY TAYLOR,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/13/2021
```

17-cv-1424 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that Plaintiff's request to reopen discovery [ECF #81] is GRANTED for 90 days only. All discovery in this case must be completed by July 12, 2021. Accordingly, Defendants' motion for summary judgment [ECF #75] is DENIED WITHOUT PREJUDICE to renewal after discovery is complete. IT IS FURTHER ORDERED that, by July 15, 2021, the parties shall file a joint status letter and pre-motion submissions for any post-discovery dispositive motions.

    The Clerk of Court is respectfully directed to terminate the motions at docket entries 75 and 81.

**SO ORDERED.**

**Date:  April 13, 2021**
       **New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**