

**GEORGIA M. PESTANA**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Nicholas Schaefer**
*Senior Counsel*
phone: (212) 356-2435
fax: (212) 356-2439
email: nschaefe@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/29/2021__

November 18, 2021

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

            Re:    Stanley Taylor v. City of New York, et al.
                   17-CV-01424 (MKV)(SDA)

Dear Judge Vyskocil:

        I am a Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City
of New York, and attorney for defendants City of New York (Department of Sanitation) ("City"
or "DSNY") and Nancy A. Reilly ("Reilly") (collectively, "Defendants") in the above-captioned
action.  As this Court is aware, on November 17, 2021, an Order was issued setting a briefing
schedule for Defendants' proposed motion for summary judgment. See ECF Doc. No. 98.
Specifically, the Court set a December 9, 2021 deadline for Defendants' motion, with Plaintiff's
opposition due December 30, 2021 and Defendants' reply due January 7, 2022. Id.

        Today Plaintiff's counsel filed a letter requesting an extension of time for Plaintiff's
opposition to January 14, 2022 with Defendants' reply due the same date to accommodate holiday
travel. See ECF Doc. No. 99.  Plaintiff did not contact the undersigned prior to making this motion.
The Court has already granted the request and set plaintiff's deadline to oppose the motion as
January 14, 2022 with January 21, 2022 as Defendants' deadline to reply. See ECF Doc. No. 100.

        Although Defendants do not object to the request or the ruling, the undersigned similarly
has already committed to visit family out of state for the Thanksgiving holiday from November
23, 2021 to November 29, 2021.  In light of that commitment and Plaintiff's application,
Defendants request an extension to December 22, 2021 to file their motion.

        We thank you for your attention to this matter.

Respectfully submitted,

_____/s/_____

Nicholas Schaefer
Senior Counsel

cc:     Arthur Z. Schwartz (Via ECF and E-mail)
        Advocates for Justice, Chartered Attorneys
        *Attorneys for Plaintiff*

**Granted. SO ORDERED.**

Date: Nov. 29. 2021
New York, New York

Mary Kay Vyskocil
United States District Judge