**advocates for justice**
**chartered attorneys**

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

July 25, 2023

Via ECF and by email

Hon. Mary Kay Vyskocil
U.S. District Court
500 Pearl Street
New York, NY 10007

Re: Taylor v. City of New York
17 Civ. 1424 (MKV) (SDA)
Motion to Adjourn Trial Until January 2024 Or Later

Dear Judge Vyskocil:

Counsel for the City has moved to adjourn our September 6-8 trial until January 2024 or even later. Plaintiff would agree to a short adjournment due to a conflict, but a 4-6 month adjournment is unreasonable.

This case involves the denial of hiring in 2015, eight years ago. The case was filed in 2017, six years ago. The Corporation Counsel's office is one of the biggest "law firms" in the City. The case was transferred to new Associate Corporation Counsel only recently, so it is not like the attorney who made the application has worked the case for years. This is a 2 to 3 witness trial; testimony will take a half day. Corp Counsel can squeeze this into someone's schedule.

My client lost out on a $65,000 per year job eight years ago. To ask him to wait another 4-6 months is inequitable.

Respectfully submitted,

/s/ Arthur Z. Schwartz

Arthur Z. Schwartz

cc: All Counsel. (by ECF and email)