```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY TAYLOR,

                Plaintiff,

-against-

CITY OF NEW YORK (DEPARTMENT OF SANITATION), and NANCY A. REILLY,

                Defendants.

1:17-cv-01424 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       To accommodate the Court's calendar, IT IS HEREBY ORDERED that the Final Pretrial Conference that was previously scheduled to take place on August 28, 2023 will instead take place on August 24, 2023 at 10:30 a.m.

**SO ORDERED.**

**Date: August 8, 2023**
**New York, NY**

                                              */s/ Mary Kay Vyskocil*
                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**