UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
STANLEY TAYLOR,

                        Plaintiff,

        -against-

CITY OF NEW YORK (DEPARTMENT OF
SANITATION), and NANCY A. REILLY,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/10/2023

1:17-cv-01424 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

With the Court's apologies for changing the time, IT IS HEREBY ORDERED that the Final Pretrial Conference will take place on August 24, 2023 at **2:00 p.m.**

**SO ORDERED.**

**Date: August 10, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**