UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY TAYLOR,

                Plaintiff,

-against-

CITY OF NEW YORK (DEPARTMENT OF SANITATION), and NANCY A. REILLY,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2023

17-cv-1424 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

On August 24, 2023, the Court held a pretrial conference in this matter. IT IS HEREBY ORDERED that by August 28, 2023 the parties shall submit the revised proposed voir dire, proposed jury instructions, proposed verdict form, and stipulations to reflect the Court's rulings and directions at the Pretrial Conference. IT IS FURTHER ORDERED that the parties shall be prepared to appear for a further conference on Wednesday, August 30, 2023 at 11:00 a.m.

In briefing the motions *in limine*, the parties agreed that any award of back pay and front pay damages should be determined by the Court after the trial, rather than submitted to the jury [ECF Nos. 127, 128, 132]. On the record at the conference, the parties consented to proceed before the Magistrate Judge for a final determination of the amount of any economic damages. The Court notes that, in resolving the motions *in limine*, the Court ruled that Plaintiff is precluded from calling an expert on economic damages. The Court will issue a separate order memorializing its rulings on the motions *in limine*.

**SO ORDERED.**

**Date: August 24, 2023**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**