USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STANLEY TAYLOR,

          Plaintiff,

-against-

THE CITY OF NEW YORK (DEPARTMENT OF SANITATION),

          Defendant.

17-cv-1424 (MKV)

ORDER AMENDING CASE CAPTION

---

MARY KAY VYSKOCIL, United States District Judge:

On February 23, 2017, Plaintiff filed this action against Defendants City of New York (Department of Sanitation) and Nancy A. Reilly. [ECF No. 1]. On March 31, 2023, this Court dismissed Plaintiff's sole remaining claim against Ms. Reilly. [ECF No. 117].

On August 24, 2023, the Court held a Pretrial Conference in this matter and issued rulings on a number of motions *in limine*. Among others, this Court ruled that the sole remaining claim in this action is the Title VII claim against the City of New York. The Court memorialized its ruling in an August 28, 2023 Order. [ECF No. 137]. On September 8, 2023, the Parties requested at the Charge Conference that the Court amend the caption in this case to reflect the Court's ruling.

IT IS HEREBY ORDERED that, on consent of the Parties, the caption in this case is amended to remove from the caption Nancy A. Reilly.

**SO ORDERED.**

**Date: September 8, 2023**
**New York, NY**

                                                      **MARY KAY VYSKOCIL**
                                                      **United States District Judge**