**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
STANLEY TAYLOR,

|  |  |
|---|---|
| Plaintiff, | 17 **CIVIL** 1424 (MKV) |
| -against- | **JUDGMENT** |

THE CITY OF NEW YORK (DEPARTMENT OF
SANITATION),

                                                    Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___9/8/23____
```

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury

Trial before the Honorable Mary Kay Vyskocil, United States District Judge, the jury having

returned a verdict in favor of Defendant, judgment is entered in favor of the Defendant and the

Complaint is hereby dismissed with prejudice.


**DATED:** New York, New York
            September   8th 2023


                                                    **RUBY J. KRAJICK**
                                         _____
                                                    **Clerk of Court**

**So Ordered:**

                                         BY:      K. Mango
                                         _____
*Mary Kay Vyskocil*
    **U.S.D.J.**                                    **Deputy Clerk**