USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/8/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

STANLEY TAYLOR,

                                                  Plaintiff,                      **VERDICT SHEET**

                      -against-                                                  17-cv-1424 (MKV)

THE CITY OF NEW YORK (DEPARTMENT OF SANITATION),

                                                 Defendant.

-------------------------------------------------------------------- x

**Question 1:**

Has plaintiff proven, by a preponderance of the evidence, that defendant City of New York intentionally discriminated against him by denying him employment because of his race?

                              Yes _____        No ___✓____

*If you answered "yes" to question 1, continue to question 2. If you answered "no," your deliberations are finished. Sign and date the verdict sheet and return it to the Marshal.*

**Question 2:**

Has plaintiff proven by a preponderance of the evidence that he suffered injury in the form of emotional distress as a result of being discriminated against?

                              Yes _____        No _____

*If you answered "yes," continue to question 2 (a).*

        (a) If you answered "yes" to question 2, state the dollar amount of compensatory damages plaintiff has proven he is entitled to for the emotional distress that was proximately caused by defendant:

                                          $_____

*Your deliberations are finished.* Sign and date the verdict sheet and return it to the Marshal.

_____
FOREPERSON

Dated:   New York, New York
         September 8, 2023