**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Laura C. Williams**
*Senior Counsel*
phone: (212) 356-2435
fax: (212) 356-2439
email: lawillia@law.nyc.gov

September 27, 2024

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re: Stanley Taylor v. City of New York, et al.
17-CV-01424 (MKV)(SDA)

Dear Judge Vyskocil:

I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and attorney for defendant City of New York (Department of Sanitation) ("Defendant") in the above-captioned action. I write to respectfully request a brief, ten-day extension of time, from September 24, 2024 to October 4, 2024, for Defendant to respond to Plaintiff's motion, filed pursuant to Fed. R. Civ. P. 60(b)(4). This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Plaintiff *pro se* does not consent to this request. because Defendant has had enough time to respond to the motion and he does not think it is in his best interest to consent to an extension of time.

Defendant apologizes for the lateness of this request. This extension of time is requested due to the undersigned's very heavy caseload, including a matter that is scheduled to proceed to trial in the Eastern District of New York on October 21, 2024 and a prospective class action that is in the final stages of discovery.

Defendant thanks the Court for its attention to this matter.

Respectfully submitted,

/s/
Laura C. Williams
Senior Counsel

cc: **VIA ECF AND EMAIL**
Plaintiff *Pro Se*